# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

OMENE J. KNIGHT,

        Petitioner,

     v.

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   09-cv-18-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED with prejudice.


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

7/6/09
_____
Date